# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**DASHON COVERTA STARKS,**

    Petitioner,

v.                                Case No. 8:08-CV-617-T-30TGW
                                      Crim. No. 8:05-CR-478-T-30MSS

**UNITED STATES OF AMERICA,**

    Respondent.
_____/

# ORDER

THIS CAUSE came before the Court for evidentiary hearing on April 8, 2009, upon ground two of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255. Grounds one, three and four were previously denied by Order (Dkt. #107) dated January 21, 2009.

After hearing testimony, the Court made a finding of fact that the allegations made by Petitioner in support of ground two were factually incorrect. Petitioner did not ask his counsel to call his brother Anthony Starks as a witness. In fact, Petitioner thought it would be a problem for him if his brother testified. Further, his lawyer's decision not to call Anthony Starks as a witness was a sound trial strategy in light of the fact that Anthony Starks had previously pled guilty, and signed a plea agreement which included a factual basis admitting to his criminal conspiracy with Petitioner in possessing and selling crack cocaine.

Further, Petitioner was not prejudiced by his brother not being called as a witness at trial since the case against Petitioner was strong, including the eyewitness testimony of three police officers, and any testimony by the brother would either have been adverse to Petitioner or easily impeached.

In sum, Petitioner's trial counsel performed reasonably in not calling the brother, Anthony Starks, as a witness. And, Petitioner was not prejudiced thereby. Therefore, ground two is denied.

Having now denied all grounds asserted in the petition, Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 is hereby denied.

It is therefore ORDERED AND ADJUDGED that:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §2255 (CV Dkt. #1) is DENIED.

2. The Clerk is to enter judgment for Respondent, United States of America, terminate any pending motions, and close this case.

3. The Clerk is directed to terminate from pending status the motion to vacate found at Dkt.#103, in the underlying criminal case, case number 8:05-cr-478-T-30MSS.

**DONE** and **ORDERED** in Tampa, Florida on April 8, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2008\08-cv-617.deny 2255.wpd